PROB 12C AH
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Robel Sisay Gebremedhiu | **Case Number:** 2:CR14-00352-RSL-001 |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | |
| **Date of Original Sentence:** 07/23/2015 | **Date of Report:** 08/06/2020 |
| **Original Offense:** Felon in Possession of a Firearm | |
| **Original Sentence:** 46 months of imprisonment; 3 years of supervised release | |
| **Type of Supervision:** Supervised release | **Date Supervision Commenced:** 02/21/2018 |
| **Assistant United States Attorney:** Todd Greenberg | **Defense Attorney:** John Henry Brown |

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☐ Mental Health    ☐ Fine waived           ☐ Community Service
☒ Other: Submit to search

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Robel Sisay Gebremedhiu has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of possession of marijuana with intent to distribute on or about August 6, 2020, in Pottawattamie County, Iowa, in violation of the mandatory condition of supervision. |
| 2. | Failing to follow the instructions of the probation officer by failing to notify his probation officer as directed of travel outside of the district on or about August 6, 2020, in violation of a standard condition of supervision. |

Nature of Violation Conduct:

On August 6, 2020, Mr. Gebremedhiu was arrested by the Iowa State Patrol, Pottawattamie County, Iowa, for being in possession of approximately 20 pounds of marijuana. The marijuana was found in two separate pieces of luggage in Mr. Gebremedhiu's long haul truck. The marijuana was wrapped in approximate one-pound bags and each piece of luggage had 10 bags, for a total of 20 individually wrapped one-pound bags. Mr. Gebremedhiu was instructed by his probation officer, prior to all long-haul trips for work requiring him to leave the Western District of Washington, to notify his probation officer of his travel. Mr. Gebremedhiu's travel log noted travel to West Virginia, Illinois, and Missouri, before his arrest in Iowa on August 6, 2020. He failed to notify his probation officer of his out of district travel as required.

Mr. Gebremedhiu committed the underlying offense of felon in possession of a firearm while on supervision in this district for distribution of cocaine base. According to records, Mr. Gebremedhiu distributed cocaine base to a client in exchange for firearms. He has an extensive criminal history, including numerous arrests and convictions for assault, unlawful imprisonment, and drug activities. Records indicate that Mr. Gebremedhiu has a history of being a documented member of the East African Posse (EAP), which is a gang that controlled the sales of cocaine base in the University District and north end of Seattle, Washington. Members and associates of the EAP gang possessed and carried firearms for protection and to further their drug trafficking activities. He has now allegedly violated supervised release by distributing marijuana. Given the nature of the seriousness of the violation, which includes a

The Honorable Robert S. Lasnik, United States District Judge  Page 2
Petition for Warrant or Summons for Offender Under Supervision  8/6/2020

new law violation, and his criminal history, Mr. Gebremedhiu poses a risk of danger to the community. Further, given Mr. Gebremedhiu's arrest out of district, and his recent request to relocate to Alaska, we believe he is also a risk of flight.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
    ☒ risk of flight.
    ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of August, 2020.

_(signature)_
Andrea G. Porter
United States Probation Officer

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

BY:

_(signature)_
Hien Nguyen
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved
☒ The Issuance of a Warrant under seal
    (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
    (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_(signature)_
Signature of Judicial Officer

8/6/2020
Date



United States Probation and Pretrial Services
*Western District of Washington*

| | |
|---|---|
| **Connie M. Smith** | **Monique D. Neal** |
| *Chief* | *Deputy Chief* |

# MEMORANDUM

| | |
|---|---|
| Date: | August 7, 2020 |
| To: | The Honorable Robert S. Lasnik, United States District Judge |
| From: | Andrea G. Porter<br>United States Probation Officer |
| Subject: | Robel Sisay Gebremedhiu<br>Case Number: **2:14CR00352RSL-001**<br>**VIOLATION REPORT FOLLOWING ISSUANCE OF "AFTERHOURS" WARRANT** |

## STATUS:

On July 23, 2015, Robel Sisay Gebremedhiu was sentenced by Your Honor to 46 months' imprisonment followed by 36 months' supervised release, following his guilty plea to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). In addition to the standard conditions of supervision, the following special conditions were imposed: submit to search; financial disclosure; and participate in substance use treatment. According to Title 18 U.S.C. §3583(e)(3), the maximum term of imprisonment that may be imposed upon revocation cannot exceed three years. His term of supervised release commenced on February 21, 2018, in the Western District of Washington.

On March 30, 2018, a violation report was submitted to the Court after Mr. Gebremedhiu submitted a urinalysis test positive for alcohol. He was verbally reprimanded and his testing remained on the highest level. On April 5, 2018, the Court endorsed the actions taken by the probation officer.

On July 30, 2018, a violation report was submitted to the Court after Mr. Gebremedhiu submitted a urinalysis test positive for alcohol. He was verbally reprimanded and continued on testing. On July 31, 2018, the Court endorsed the actions taken by the probation officer.

An afterhours warrant was issued for the arrest of Robel Sisay Gebremedhiu by United States Magistrate Judge J. Richard Creatura on August 6, 2020 in accordance with the United States Probation and Pretrial Services Office's After Hours Warrant policy. I notified Assistant United States Attorney Todd Greenberg. This memorandum provides supporting evidence for the alleged violation(s).

The Honorable Robert S. Lasnik, United States District Judge
RE: Robel Sisay Gebremedhiu, 2:14CR00352RSL-001

Page 2
August 7, 2020

**VIOLATIONS:**

1. Committing the crime of possession of marijuana with intent to distribute on or about August 6, 2020, in Pottawattamie County, Iowa, in violation of the mandatory condition of supervision.

2. Failing to follow the instructions of the probation officer by failing to notify his probation officer as directed of travel outside of the district on or about August 6, 2020, in violation of a standard condition of supervision.

Supporting Evidence: On August 6, 2020, Mr. Gebremedhiu was arrested by the Iowa State Patrol, Pottawattamie County, Iowa, for being in possession of approximately 20 pounds of marijuana. The marijuana was found in two separate pieces of luggage in Mr. Gebremedhiu's long haul truck. The marijuana was wrapped in approximate one-pound bags and each piece of luggage had 10 bags, for a total of 20 individually wrapped one-pound bags. Mr. Gebremedhiu was instructed by his probation officer, prior to all long-haul trips for work requiring him to leave the Western District of Washington, to notify his probation officer of his travel. Mr. Gebremedhiu's travel log noted travel to West Virginia, Illinois, and Missouri, before his arrest in Iowa on August 6, 2020. He failed to notify his probation officer of his out of district travel as required.

**ADJUSTMENT AND EVALUATION:**

Mr. Gebremedhiu has maintained housing with family throughout his term of supervision. At the start of supervision, Mr. Gebremedhiu submitted two positive urinalysis tests for alcohol, which he blamed on the use of over-the-counter medication (Nyquil) when he was ill. He has not had a positive urinalysis since these two incidents in June 2018. Mr. Gebremedhiu has maintained employment as a long-haul truck driver and is out of town for a significant portion of each month. Given this type of work, supervision of Mr. Gebremedhiu is more difficult and he has been required to submit his travel logs as documentation. As noted by the arresting officer, it appears Mr. Gebremedhiu manipulated his travel log. Given this new information, it appears Mr. Gebremedhiu's true whereabouts have been unknown.

Mr. Gebremedhiu requested the probation office petition the Court for an early termination on several occasions in late 2019 and early 2020. Ultimately, defense counsel for Mr. Gebremedhiu filed a motion for early termination in February 2020 which the Court later denied. To that point, Mr. Gebremedhiu has not yet demonstrated a willingness and capacity to remain lawful beyond a period of supervision.

Mr. Gebremedhiu committed the underlying offense of felon in possession of a firearm while on supervision in this district for distribution of cocaine base. According to records, Mr. Gebremedhiu distributed cocaine base to a client in exchange for firearms. He has an extensive criminal history, including numerous arrests and convictions for assault, unlawful imprisonment, and drug activities. Records indicate that Mr. Gebremedhiu has a history of being a documented member of the East African Posse (EAP), which is a gang that controlled the sales of cocaine base in the University District and north end of Seattle, Washington. Members and associates of the EAP gang possessed and carried firearms for protection and to further their drug trafficking activities.

**DETENTION ASSESSMENT:**

Pursuant to Criminal Procedure Rule 32.1(a)(6) and 18 U.S.C §3143(a)(1), when it is alleged a person has violated probation or supervised release there is a presumption of detention, and the burden is on that person to establish

The Honorable Robert S. Lasnik, United States District Judge  
RE: Robel Sisay Gebremedhiu, 2:14CR00352RSL-001

Page 3  
August 7, 2020

clear and convincing evidence that he or she is not likely to flee or pose a danger to the safety of any person or the community if released.

Given the nature of the seriousness of the violation, which includes a new law violation, along with his violent criminal history, Mr. Gebremedhiu poses a risk of danger to the community. Further, given Mr. Gebremedhiu's arrest out of district, and his recent request to relocate to Alaska, we believe he is also a risk of flight.

**RECOMMENDATION:**

I respectfully recommended Robel Sisay Gebremedhiu be detained pending final adjudication of this matter.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2020.

_____  
Andrea G. Porter  
United States Probation Officer

APPROVED:  
Connie Smith  
Chief United States Probation and Pretrial Services Officer

BY:

_____  
Hien Nguyen  
Supervising United States Probation Officer